IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr75DPJJCS-001

MICHAEL ANDRE TRAVIS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against **MICHAEL ANDRE TRAVIS** without prejudice.

DUNN LAMPTON
United States Attorney

By: _____

GREGORY L. KENNEDY
Assistant U.S. Attorney
MS Bar No. 9389

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 11th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE